JACOB BERNSTEIN, Respondent, *v.* JOHN J. KINNEALLY, as Treasurer of the SOCIALIST LABOR PARTY, et al., Appellants.

*Bernstein* v. *Kinneally*, 113 App. Div. 905, affirmed.
(Argued March 11, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 29, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial. in an action for libel.

*Benjamin Patterson* for appellants.

*Nathan Burkan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

ROSE FREY, Appellant, *v.* FRANCINE FOUGERA et al., as Administratrices of the Estate of CECILE L. FOUGERA, Deceased, Respondents.

*Frey* v. *Fougera*, 113 App. Div. 912, affirmed.
(Submitted March 11, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 7, 1906, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to determine the right to a portion of the proceeds of a sale in partition.

*James C. de La Mare* for appellant.

*George W. Broderick* and *Charles F. Brandt* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Dissenting: HISCOCK, J.